# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:18−cv−04806−MAK

| | |
|---|---|
| BROPHY v. THE HARTLEY DOERING GROUP, INC. | Date Filed: 11/06/2018 |
| Assigned to: HONORABLE MARK A. KEARNEY | Date Terminated: 11/08/2018 |
| Cause: 42:12101 The Americans with Disabilities Act of 1990 | Jury Demand: Plaintiff |
| | Nature of Suit: 442 Civil Rights: Employment |
| | Jurisdiction: Federal Question |

**Plaintiff**

**BRENDON BROPHY**   represented by   **MICHAEL PATRICK MURPHY , JR.**
MURPHY LAW GROUP LLC
EIGHT PENN CENTER SUITE 2000
1628 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19103
215−375−0961
Email: murphy@phillyemploymentlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**THE HARTLEY DOERING GROUP, INC.**
*doing business as*
ROSSMOYNE ANIMAL EMERGENCY
TRAUMA CENTER

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2018 | 1 | COMPLAINT against THE HARTLEY DOERING GROUP, INC. ( Filing fee $ 400 receipt number 187535.), filed by BRENDON BROPHY. (Attachments: # 1 Civil Cover Sheets)(ahf) (Entered: 11/07/2018) |
| 11/06/2018 |  | Summons Issued as to THE HARTLEY DOERING GROUP, INC. 1 Forwarded To: Counsel on 11/7/2018 (ahf) (Entered: 11/07/2018) |
| 11/06/2018 |  | DEMAND for Trial by Jury by BRENDON BROPHY. (ahf) (Entered: 11/07/2018) |
| 11/07/2018 | 2 | ORDER THAT PLAINTIFF SHALL SHOW CAUSE IN A MEMORANDUM NOT EXCEEDING 10 PAGES FILED ON OR BEFORE 11/14/18 AS TO WHY WE SHOULD NOT TRANSFER THIS CASE TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT. SIGNED BY HONORABLE MARK A. KEARNEY ON 11/7/18. 11/7/18 ENTERED AND COPIES E−MAILED.(mbh, ) (Entered: 11/07/2018) |
| 11/08/2018 | 3 | MOTION to Transfer *Venue* filed by BRENDON BROPHY.Memorandum. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order)(MURPHY, MICHAEL) (Entered: 11/08/2018) |
| 11/08/2018 | 4 | ORDER THAT PLAINTIFF'S MOTION TO TRANSFER IS GRANTED AND THE CLERK OF COURT SHALL FORTHWITH TRANSFER THIS CASE TO THE CLERK OF THE UNITED |

| | | STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA AND CLOSE THIS CASE IN THIS DISTRICT. SIGNED BY HONORABLE MARK A. KEARNEY ON 11/8/18. 11/8/18 ENTERED AND COPIES E–MAILED.(mbh, ) (Entered: 11/08/2018) |